UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BURNS McINTOSH, et al., ) | Case No. 05-CV-0373-BTM (JMA) |
| ) | |
| Plaintiffs, ) | **ORDER RESCHEDULING TELEPHONIC** |
| ) | **CASE MANAGEMENT CONFERENCE** |
| v. ) | |
| ) | |
| THE UNITED STATES, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**IT IS HEREBY ORDERED** that the telephonic Case Management Conference scheduled for July 10, 2007 at 9:00 a.m. is <u>rescheduled</u> for **July 11, 2007** at **9:30 a.m.** Counsel for each party shall participate in the conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED:  July 10, 2007

_____
Jan M. Adler
U.S. Magistrate Judge

05cv0373